IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PIROLLI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-1881 |
| | : | |
| PHILADELPHIA PARKING AUTHORITY | : | |
| | : | |

## ORDER

**AND NOW**, this 29th day of October 2025, upon studying Defendant's Motion for summary judgment (ECF 25), Plaintiff's Opposition (ECF 26), Defendant's Reply (ECF 27), and for reasons in today's accompanying Memorandum confirming no genuine issues of material fact and judgment for Defendant is warranted as a matter of law, it is **ORDERED** Defendant's Motion (ECF 25) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
KEARNEY, J.